FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2026

SEAN F. McAVOY, CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

CHAD B.,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

*Defendant*

Civil Action No. 1:24-CV-03099-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: Pursuant to the Order at ECF No. 13, Plaintiff's Brief at ECF No. 7 is GRANTED. Commissioner's Response Brief ECF No. 9, is DENIED. The decision of the Commissioner is REVERSED and REMANDED for an immediate award of benefits.
Judgment entered in favor of Plaintiff and against Defendant.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge Stanley A Bastian

Date: 11/12/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*